**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899 　　　　　　　　　　　　　　　　　　　　　　　　FAX (212) 964-2926

December 19, 2019

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

　　　　　　　　　　Re: United States v. Christopher Scotto,
　　　　　　　　　　　　19 Cr. 26 (WHP)

Your Honor,

　　　I write to request an adjournment of Christopher Scotto's case which is currently scheduled for December 20, 2019.  Mr. Scotto is in ongoing negotiations with the government which we believe will result in a disposition short of trial.
　　　Therefore, I request an adjournment of the case to January 31, 2020. The government, by Nicholas Chiuchiolo, Esq., consents to this request. Inasmuch as the adjournment is for the purpose of continued plea negotiations, the time should be excluded from speedy trial calculations.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　*Lisa Scolari*

Application granted.  Conference adjourned to January 31, 2020 at 3:30 p.m.
SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

December 19, 2019