**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                               FAX (212) 964-2926

March 11, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Christopher Scotto,
19 Cr. 26 (WHP)

Your Honor,

      I write to request an adjournment of Christopher Scotto's case which is currently scheduled for today, March 11, 2020. Mr. Scotto is in ongoing negotiations with the government which we believe will result in a disposition short of trial. I regret the late filing of this request. I was out of the country until very late on March 9, 2020 and I spent more time than expected in MCC on March 10, 220 attempting to see clients who had just become available for visits after the lock-down.

      I request a month adjournment of the case to a date in mid-April, 2020. The government, by Nicholas Chiuchiolo, Esq., consents to this request. Inasmuch as the adjournment is for the purpose of continued plea negotiations, the time should be excluded from speedy trial calculations.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application granted.  Conference adjourned to April 15, 2020 at 11:30 a.m.

SO ORDERED:

*/s/ William H. Pauley*
WILLIAM H. PAULEY III
U.S.D.J.

March 11, 2020