**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                         FAX (212) 964-2926

April 10, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

                        Re: United States v. Christopher Scotto,
                             19 Cr. 26 (WHP)

Your Honor,

      I write to request an adjournment of the conference in Christopher Scotto's case which is currently scheduled for April 15, 2020. In light of the COVID-19 crisis, the parties seek an adjournment to a date in early June, 2020, convenient to the Court.
      The government, by Nicholas Chiuchiolo, Esq., consents to this request. Inasmuch as the adjournment is due to the unprecedented heath crisis, the time from April 15, 2020 the adjourn date should be excluded from speedy trial calculations.

                                      Respectfully,

                                      *Lisa Scolari*

                                      Lisa Scolari

Application granted. Conference adjourned to June 11, 2020 at 11:00 a.m. Time excluded in the interest of justice.

SO ORDERED:

*/s/ William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

April 13, 2020