LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899     FAX (212) 964-2926

June 9, 2010

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

> Application granted.  Conference adjourned to September 10, 2020 at 2:30 p.m.  Time excluded in the interest of justice.
>
> SO ORDERED:
>
> *[signature]*
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> June 10, 2020

Re: United States v. Christopher Scotto,
19 Cr. 26 (WHP)

Your Honor,

    I write to request an adjournment of the conference in Christopher Scotto's case which is currently scheduled for June 11, 2020.  In light of the COVID-19 crisis, the parties seek an adjournment to a date in September, 2020, convenient to the Court.
    The government, by Nicholas Chiuchiolo, Esq., consents to this request. Inasmuch as the adjournment is due to the unprecedented heath crisis, the time from June 11, 2020 to the adjourn date should be excluded from speedy trial calculations.

Respectfully,

*Lisa Scolari*
Lisa Scolari

SO ORDERED

_____
HON. WILLIAM H. PAULEY, III