**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                         FAX (212) 964-2926

September 7, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Christopher Scotto,
19 Cr. 26 (WHP)

Your Honor,

     I write to request an adjournment of the conference in Christopher Scotto's case which is currently scheduled for September 10, 2020. In light of the COVID-19 crisis, I request an adjournment to a date in late November, 2020, convenient to the Court.
     The government, by Nicholas Chiuchiolo, Esq., consents to this request. Inasmuch as the adjournment is due to the unprecedented heath crisis, the time from September 10, 2020 to the adjourn date should be excluded from speedy trial calculations.

Respectfully,

*Lisa Scolari*
Lisa Scolari

Application granted.  Conference scheduled for December 3, 2020 at 4:00 p.m.  Time excluded in the interest of justice.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

September 8, 2020