**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                          FAX (212) 964-2926

November 24, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Christopher Scotto,
19 Cr. 26 (WHP)

Your Honor,

    I write to request an adjournment of the conference in Christopher Scotto's case which is currently scheduled for December 3, 2020. In light of the COVID-19 crisis, I request an adjournment to a date in late February or early March, 2021, convenient to the Court.
    The government, by Nicholas Chiuchiolo, Esq., consents to this request. Inasmuch as the adjournment is due to the unprecedented heath crisis, the time from December 3, 2020 to the adjourn date should be excluded from speedy trial calculations.

Application granted. Conference adjourned to February 18, 2021 at 1:30 p.m. Time excluded until February 18, 2021 in the interest of justice.

Respectfully,

*Lisa Scolari*

Lisa Scolari

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

November 25, 2020