**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                   FAX (212) 964-2926

February 11, 2021

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Christopher Scotto,
    19 Cr. 26 (WHP)

Your Honor,

      I write to request a temporary modification of Christopher Scotto's bond so that he may take a day trip to Maryland on February 13, 2021. Mr. Scotto would like to go to a resort with his wife, who is one of his bond co-signers, on that day. He was released on a one hundred thousand dollar bond co-signed by two financially responsible people and his travel is restricted to the S.D. and E.D.N.Y. and New Jersey. Mr. Scotto's Pretrial Officer has advised that Mr. Scotto is in compliance with his bond and that he has no objection to the trip. The government by Nicholas Ciucciolo, also has no objection to this application. If the Court grants the modification Mr. Scotto will provide pretrial with the details of his travel and intended destination.

      Therefore, the defense requests a temporary modification of Mr. Scotto's travel restrictions so that he may go to Maryland on February 13, 2021.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

February 12, 2021