UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

       -against-                                    :          19 Cr. 26 (WHP)

Christopher Scotto,                              :          ORDER
                            Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The conference scheduled for February 18, 2021 is adjourned to Wednesday February 24, 2021 at 3:30 p.m. The link for the video conference will be separately provided to the parties. The public dial-in number is 917-933-2166, passcode 457179355.

Dated: February 17, 2021
       New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.