UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

          -against-                                 :         19 Cr. 26 (WHP)

Christopher Scotto,                                    :         ORDER
                         Defendant.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a change of plea conference on March 10, 2021 at 11:00 a.m. via video conference. The public may dial-in to telephone number 917-933-2166, passcode 6029655794. Video links will be provided to counsel separately.

Dated: March 5, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.