**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                               FAX (212) 964-2926

June 14, 20221

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ECF*

                       Re: United States v. Christopher Scotto,
                           19 Cr. 26 (WHP)

Your Honor,

       I write to request an adjournment of Christopher Scotto's sentencing which is currently scheduled for June 22, 2021, to a date in mid-September. Mr. Scotto is currently participating drug treatment program and would like to complete the program prior to sentence. In addition, I will be out of town during August of this year.

       The government, by Dan Nessim, Esq., consents to this application. Therefore, the defense requests an adjournment of the sentencing to a date in mid-September, 2021.

                                              Respectfully,

                                              *Lisa Scolari*
                                              Lisa Scolari

Application granted. Sentencing adjourned to September 29, 2021 at 11:00 a.m.
     SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

June 16, 2021