UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No.   19 CR 26-LTS

CHRISTOPHER SCOTTO,

        Defendant.

-------------------------------------------------------x

ORDER

The sentencing hearing currently scheduled for September 29, 2021, at 11:00 a.m., is rescheduled for **October 14, 2021, at 11:00 a.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to the sentencing submission deadlines set forth in the Court's Individual Practices, available at https://www.nysd.uscourts.gov/hon-laura-taylor-swain. The parties are further directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any other documents they would like the Court to consider during or in connection with the hearing at least 48 hours in advance of the proceeding.

To access the audio feed of the conference, members of the press and public may call 888-363-4734 and use access code 1527005# and security code 2055#.  Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings.  See Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).  Violation of these prohibitions may result in sanctions, including

removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court.

SO ORDERED.

Dated: New York, New York
July 20, 2021

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge