UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                              No.   19 CR 26-LTS

CHRISTOPHER SCOTTO,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing currently scheduled for October 14, 2021, at 11:00 a.m., is rescheduled to occur on **October 14, 2021, at 11:15 a.m.**, in Courtroom 17C. All other provisions of the Court's Order dated July 20, 2021 (docket entry no. 45), remain in effect.

       SO ORDERED.

Dated: New York, New York
       October 6, 2021

                                                                   /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge