LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com

TEL. (212) 227-8899                                                                                       FAX (212) 964-2926

November 1, 20221

Hon. Chief Judge Laura Taylor Swain                **MEMO ENDORSED**
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ecf*

Re: United States v. Christopher Scotto,
19 Cr. 26 (WHP)

Your Honor,

    I write to request that the Court direct the Southern District Pretrial Office to return Christopher Scotto' passport within ten days of the signing of this order. On October 14, 2021, the Court sentenced Mr. Scotto to, *inter alia*, to three years probation. As his sentence has now been imposed, the conditions of Mr. Scotto's bail no longer apply.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The Pretrial Services Office shall return Mr. Scotto's passport to him by November 12, 2021.
SO ORDERED:

/s/ Laura Taylor Swain  11/1/2021
HON. CHIEF JUDGE LAURA TAYLOR SWAIN