**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

April 22, 2024

Hon. Laura Taylor Swain
Chief Judge
United States District Court
500 Pearl Street
New York, N.Y. 10007
*via ecf*

                        Re: United States v. Christopher Scotto,
                              19 Cr. 26 (LTS)

Your Honor,

      I write to request Court permission for Christopher Scotto to travel to Aruba with his family from June 16, 2024 to June 23, 2024. Neither probation nor the government, by Nicholas Chiuchiolo, Esq., has an objection to this request. Mr. Scotto's probation officer confirms that he has been in full compliance with the terms of his supervision but has indicated that any travel outside of the U.S. requires Court authorization.

      Therefore, I request that the Court authorize Mr. Scotto to travel to Aruba from June 16, 2024 to June 23, 2024.

                                          Respectfully,
                                          *Lisa Scolari*
                                          Lisa Scolari

The foregoing travel
request is granted.  DE#58
resolved.
SO ORDERED:

/s/ Laura Taylor Swain          April 24, 2024
_____
HON. CHIEF JUDGE LAURA TAYLOR SWAIN